| |
|---|
| **Ahmed v Nnoli** |
| 2024 NY Slip Op 30487(U) |
| February 14, 2024 |
| Supreme Court, New York County |
| Docket Number: Index No. 158497/2022 |
| Judge: Hasa A. Kingo |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

This decision has been published at
2024 NY Slip Op 50155(U).